# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| STEVEN STOUFER,<br><br>        Plaintiff,<br><br>    v.<br><br>FEDERAL BUREAU OF INVESTIGATION, and DEPARTMENT OF JUSTICE INSPECTOR GENERAL,<br><br>        Defendants. | Case No. 3:20-cv-00046-SLG |

## NOTICE OF DISCONTINUATION OF COPIES

Beginning June 1, 2020, the Court will discontinue the practice of providing a courtesy copy of docketed filings to self-represented litigants. It is the responsibility of litigants to keep copies of their own documents and filings.

Upon the filing of any documents, the Clerk of Court shall mail a Notice of Electronic Filing ("NEF") receipt to the self-represented litigant confirming that the filing was accepted and reflecting the date and docket number. Copies of docketed filings may be obtained through a request to the Clerk's Office for $0.50 per page. Upon a showing of good cause, the Court may grant a motion for copies of the docketed filings at low or no cost.

DATED this 22nd day of May, 2020 at Anchorage, Alaska.

                                          */s/ Sharon L. Gleason*
                                          UNITED STATES DISTRICT JUDGE