# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| STEVEN STOUFER,<br><br>    Plaintiff,<br><br>    v.<br><br>FEDERAUL BUREAU OF INVESTIGATION, and DEPARTMENT OF JUSTICE INSPECTOR GENERAL,<br><br>    Defendants. | Case No. 3:20-cv-00046-SLG |

## ORDER RE INITIAL SCHEDULING & PLANNING CONFERENCE REPORT

Pursuant to Rules 16(a) and 26(f), Federal Rules of Civil Procedure, and Local Civil Rules 16.1 and 26.1(b), counsel for all parties that have appeared in this action and self-represented litigants must confer within 14 days from service of this order for purposes of jointly completing a Scheduling and Planning Conference Report. The report must conform to the Court's form, which is available online in Microsoft Word format on the Court's public website: http://www.akd.uscourts.gov. (At the website, choose the "Forms" tab, select "Local Forms," and scroll down to "Civil Form 26(f) (All Judges).")

Because the plaintiff is self-represented, counsel for the defendant shall serve and file the parties' report with the Court within 21 days from service of this order.

In the event the parties to this case are already actively engaged in settlement negotiations, counsel for the plaintiff shall so advise the Court within 7 days following the entry of this order, and shall specify the date by which the parties expect to conclude their settlement negotiations.

DATED this 4th day of June, 2020 at Anchorage, Alaska.

*/s/ Sharon L. Gleason*
UNITED STATES DISTRICT JUDGE

Case No. 3:20-cv-00046-SLG, *Stoufer v. FBI, et al.*
Order re Initial Scheduling and Planning Conference Report
Page 2 of 2
Case 3:20-cv-00046-SLG   Document 9   Filed 06/04/20   Page 2 of 2